IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LOVELL, LOVELL, NEWSOM & ISERN, L.L.P., | § § § |
| Plaintiff, | § § § |
| VS. | §   NO. 2:15-CV-034-J § |
| JULIAN LEE BIVINS, II, | § § |
| Defendant. | § |

ORDER

The court has received and reviewed the objections of defendant, Julian Lee Bivins, II, to the Magistrate Judge's order on level of compliance and report and recommendations on sanctions of May 31, 2016. The court finds that an expedited response would be helpful.

The court ORDERS that by 4:00 p.m. on June 22, 2016, plaintiff, Lovell, Lovell, Newsom & Isern, L.L.P., file its response to the objections.

The court further ORDERS that defendant file his reply, if any, by 4:00 on June 24, 2016.

SIGNED June 15, 2016.

_____
JOHN McBRYDE
United States District Judge