IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LOVELL, LOVELL, NEWSOM & ISERN, L.L.P., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 2:15-CV-034-J |
| JULIAN LEE BIVINS, II, | § § § | |
| Defendant. | § | |

ORDER

The court has received and reviewed the objections of defendant, Julian Lee Bivins, II, to the Magistrate Judge's order on level of compliance and report and recommendations on sanctions entered on May 31, 2016, the response of plaintiff, Lovell, Lovell, Newsom & Isern, L.L.P., and the reply. Defendant has not shown that the order and report to which he objects are clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1). Therefore,

The court ORDERS that defendant's objections be, and are hereby, are overruled and the order and report of May 31 be, and are hereby, affirmed.

The court further ORDERS that plaintiff have and recover from defendant the sum of $35,925.00 as reasonable expenses, including attorney's fees, incurred in pursuing the production of

discovery from defendant, and that defendant pay such $35,925.00 to plaintiff by July 13, 2016.

The court has under consideration what further action, if any, should be taken in response to defendant's failure to comply with the court's April 5, 2016, order.

SIGNED July 5, 2016.

_____
JOHN McBRYDE
United States District Judge